UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEVIN C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:21-cv-00294-GZS |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On September 13, 2022, the United States Magistrate Judge filed with the Court her Recommended Decision (ECF No. 19). Plaintiff filed an Objection to the Recommended Decision (ECF No. 20) on September 27, 2022. Defendant filed a Response to this Objection (ECF No. 21) on October 7, 2022.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and thus determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. The Recommended Decision of the Magistrate Judge (ECF No. 19) is hereby **AFFIRMED**.

2. The Commissioner's decision is hereby **AFFIRMED**.

SO ORDERED.

                                                    /s/ George Z. Singal
                                                    United States District Judge

Dated this 11th day of October, 2022.